883 A.2d 1058

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARK T. SMITH, DEFENDANT–PETITIONER.

September 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1058

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
THOMAS SIMMS, DEFENDANT–RESPONDENT.

September 23, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1058

SARJUN JABRA AND MARY JABRA, HIS WIFE, PLAINTIFFS–
PETITIONERS, v. MELINDA A. SORIA, DEFENDANT–
RESPONDENT.

September 29, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).